**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

TOSHA HAMILTON,

        CASE No: 5:10-cv-187-UAMH-GRJ

    Plaintiff,

vs.

BRINKER INTERNATIONAL
PAYROLL COMPANY, L.P.,

    Defendant.
_____/

## NOTICE OF MEDIATION CONFERENCE

Pursuant to the Court's Case Management and Scheduling Order and Referral to Mediation, a mediation conference has been scheduled to take place on the date, at the hour, and at the place indicated below:

    **PLACE:**    **522 W First Avenue
                     Ocala, FL 34471
                     352/694-4242**
    **DATE:**     **Friday, June 24, 2011**
    **TIME:**     **1:00 p.m. (4 hrs.)**
    **MEDIATOR:**  **CHRISTINE HARTER, ESQUIRE**

                              Respectfully Submitted,

                              s/ Steven E. Hovsepian
                              Steven E. Hovsepian, Esquire
                              Florida Bar No.: 091359
                              Barbas, Nunez, Sanders
                               Butler & Hovsepian
                              1802 W. Cleveland Street
                              Tampa, Florida 33606
                              Telephone: (813) 254-6575
                              Facsimile: (813) 254-4690
                              shovsepian@barbaslaw.com
                              Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of February, 2011, I electronically filed the foregoing Notice of Mediation with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: James J. Thornton, Esquire, jthornton@hunton.com, and Anna Lazarus, Esquire, alazarus@hunton.com.

        s/ Steven E. Hovsepian
        Steven E. Hovsepian, Esquire
        Florida Bar No.:  091359
        Barbas, Nunez, Sanders
         Butler & Hovsepian
        1802 W. Cleveland Street
        Tampa, Florida 33606
        Telephone: (813) 254-6575
        Facsimile: (813) 254-4690
        shovsepian@barbaslaw.com
        Attorneys for Plaintiff